UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TINA M. SEYBERT,

          Plaintiffs,

    v.

ELECTRONICS FOR IMAGING, INC.,

       Defendants.

Case No.  20-cv-05412-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 2/19/2021 at 3:00 PM.
Counsel **_must_** file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  12/7/2020

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 6/18/2021.

DESIGNATION OF EXPERTS: 5/3/2021; REBUTTAL: 5/21/2021;
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 6/18/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 6/25/2021;
      Opp. Due: 7/9/2021; Reply Due: 7/16/2021;
      and set for hearing no later than 7/30/2021 at 10:00 AM.

PRETRIAL PAPERWORK due by:  10/19/2021

PRETRIAL CONFERENCE DATE: 11/2/2021 at 3:30 PM.

JURY TRIAL DATE: 11/15/2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

United States District Court
Northern District of California

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

      **IT IS SO ORDERED**.

Dated: November 9, 2020

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California